THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jeffrey Johnson,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, III, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-502
Submitted May 30, 2003  Filed August 
 26, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Jeffrey Johnson pled guilty 
 to grand larceny and burglary in the second degree.  He was sentenced to three 
 years for the burglary charge and three years, consecutive, for the grand larceny 
 charge.  Johnsons appellate counsel filed a brief pursuant to Anders v. 
 California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition 
 to be relieved from representation, asserting there are no directly appealable 
 issues of arguable merit.  Johnson did not file a pro se response 
 with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.